SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Donella Handley, et al,<br><br>    Defendants | Case No. **2:11-cv-00325-JAM-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF RANJIT KAUR; JASBIR SINGH; SJR PROPERTIES, LLC**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendants, Ranjit Kaur, Jasbir Singh, SJR Properties, LLC, are hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  10/17/2011

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00325-JAM-EFB - 1