SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Donella Handley, et al,<br><br>        Defendants | Case No. **2:11-cv-00325-JAM-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF NOREX ENTERPRISES, INC.; HO TRANG; MOHAMMAD H. MOHANNA**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS HEREBY ORDERED THAT Defendants, Norex Enterprises, Inc., Ho Trang, and Mohammad H. Mohanna, are hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  11/15/2011

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00325-JAM-EFB- 1

PDF created with pdfFactory trial version www.pdffactory.com